UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS
Peoria, Division

Roberto A. Castellanos, Pro-se  )
 Plaintiff,  )
 vs.  ) No. _____
Randy Pfister, enter-Ala  ,  )
 Defendant(s)  )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Roberto Anthonio Castellanos, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Law Offices of Thomas Peters, 53 W. Jackson Suite 1615 Chgo, IL 60604

Ill. Institute for Community Law, Jim Chapman, 3629 Sprarie, Chgo, IL 60653

Law Offices of Kathleen T. Zellner, 2215 York Rd, Suite 504, Oak Brook, IL 60523

Law Offices of Frank J. Himmel, 650 N. Dearborn St, Suite 700, Chgo, IL 60654

Law Offices of Alfred D. Stavros, 433 N. Milwaukee Ave, Wheeling, IL 60090

Law Offices of Shea Law Group, 2400 N. Western, 2nd Floor, Chgo, IL 60640

3. In further support of my motion, I declare that (check appropriate answer):

  X   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

  ___   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

**X**   I have attached an original application to proceed in forma pauperis detailing my financial status.

___   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

___   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Roberto Castillanos_
Movant's Signature

Hill Corr. Center, 600 S. Linwood Rd, P.O. Box 1700,
Street Address

Galesburg, Illinois  61402
City/State/Zip Code

Date: 10-31-12

10/94

2

Dear: To whom it may concern

    I am in the process of filing a 1983 civil suit against prison officals at the Pontiac Corr. center for using unforbidding punishment and submitting me to the most inhumane, unsanitory and unecessary gratitious conditions of solitary confinement for a total Of seventy (70) hours, equivalent to three (3) days without penelogical justification against a state prison in retaliation for engaging in an protected right; "The right to freedom of speech and the right to petition the goverment for readers of grievance by peacfully protesting the condition of the facility at Pontiac Correctional Center".

    I am a stranger to the law that govern this country and State, my education is that of a 6.2 grammar school education. and I am indigent person but, I refuse to let any of these factors get in the way of my plight for justice. So, would you please help me ?

    I could use your expertise and knowledge in order to get summary judgement on this case. Please respond; Thank you!

Respectfully Submitted

Roberto A. Castellanos
#K81133 Hill Corr. Center
600 S. Linwood Rd, P.O. Box 1700
Galesburg, Illinois. 61402

# LOEVY & LOEVY
## ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Mark Loevy-Reyes
Gayle Horn
Elizabeth Mazur
Debra Loevy-Reyes
Daniel Twetten

312 N. May Street
Suite 100
Chicago, Illinois 60607

Arthur Loevy
Danielle Loevy
Samantha Liskow
Tara Thompson
Roshna Bala Keen
Elizabeth Wang
Rachel Steinback
Heather Lewis Donnell

Telephone 312.243.5900
Facsimile 312.243.5902

Website www.loevy.com
Email loevylaw@loevy.com

September 20, 2012

CONFIDENTIAL LEGAL CORRESPONDENCE

Re:  Your request for legal representation

To Whom It May Concern:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys as soon as possible to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

/s/ Lisa Avila

Lisa Avila
Administrative Assistant