

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

**PAMELA E. ROBINSON**
CLERK OF COURT

**TEL: 217.492.4020**
**FAX: 217.492.4028**

11/1/2012
Trust Fund Department
Hill Correctional Center

Re: Castellanos v. Pfister et al
                                          Case No. 12-1452

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from Roberto Castellanos.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.  Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of Roberto Castellanos trust fund ledgers for the period **of 5/1/2012 through 11/1/2012**, within fourteen days of the date of this letter.  Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 100 NE Monroe
> Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

                                                           Sincerely,

                                                           Pamela E. Robinson
                                                          Clerk, U.S. District Court

cc: Inmate