E-FILED
Wednesday, 14 November, 2012 01:42:23 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 14 2012
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: Mrs. Pamela E. Robinson,
Clerk, U.S. District Court
Central District of Illinois
100 NE Monroe
Peoria, Illinois   61602

November 9, 2012

Dear Clerk, U.S. District Court

I am in receipt of the letter that you addressed to the Trust Fund Department here at Hill Corr. Center post dated November 1, 2012 requesting a copy of Roberto A. Castellanos trust fund ledger for the period of 5·01·2012 thru 11·01·2012 within fourteen days of the date of this letter (November 1, 2012).

I just wanted to inform you that the Trust Fund Personnel doesn't know that this letter of yours even exist, that is, until this evening (November 8, 2012) and due to the weekend and Veterans Holiday, they will not receive my copy of your letter until tuesday, November 14, 2012.

Personally, I would have notify them earlier but I did not receive the copy of your letter to them until November 8, 2012 and immediately notified them. I have enclosed the original copy of my correspondence with the Trust Fund

Dept. Personnel for your review, and a copy of the letter to the Trust Fund Dept. Personnel where I enclosed your letter to them and deposit it in the U.S. postal service here at Hill Corr. Center in Galesburg, Illinois on November 9, 2012.

I, Roberto A. Castellanos #K81133, declare under Penalty of Perjury that the foregoing statement is true and correct.

Dated: November 9, 2012

*Roberto Castellanos*
Roberto A. Castellanos
#K81133 Hill Corr. Center
P.O. Box 1700
Galesburg, Illinois. 61402

Trust Fund Department @
Hill Correctional Center
11·08·2012

To whom it may concern;

    I, Roberto A. Castellanos #K81133, am in receipt of a letter that the United States District Court has sent to the Trust Fund Account here requesting a copy of my trust fund account from 5/1/12 through 11/1/12. I am inquiring as to whether or not you received the same letter from the Clerk. If you haven't, I would gladly forward you a copy of mine as I understand that there is a 14 day time limit here. Thank you for your time and cooperation.

[margin note: Please do]

    Respectfully Submitted,
    Roberto Castellanos
    Roberto Castellanos
    #K81133 Hill Corr. Center
    606 S. Linwood, P.O. Box 1700
    Galesburg Illinois. 61402

[margin: 1A71]

(CC: 4 copies made)
Pamela E. Robinson
Clerk, U.S. District Court

November 9, 2012

To: Trust Fund Department Personnel
@ Hill Correctional Center

To whom it may concern,

   I am enclosing the letter that the Clerk, United States District Court wrote to the, Trust Fund Dept. Personnel post dated November 1, 2012 requesting a recent copy of my trust fund account (Roberto A. Castellanos #K81133) for the past 6 months from 5.01.2012 thru 11.01.2012, as you requested me to do on 11.09.2012.

   Again, I thank you for your time and cooperation.

Respectfully Submitted,
Roberto A. Castellanos
#K81133    R1·A·71
600 S. Linwood Rd, P.O. Box 1700
Galesburg, Illinois. 61402

CC: 4 Copies Made
1. Mrs. Pamela E. Robinson
Clerk, U.S. District Court

Roberto A. Castellanos
#K81133, Hill Corr. Center,
600 S. Linwood Rd, P.O. Box 1700,
Galesburg, Illinois. 61402

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

TO: United States District Court
Central District of Illinois
Peoria Division
Mrs. Pamela E. Robinson
Clerk, U.S. District Court
100 NE Monroe
Peoria, Illinois. 61602