IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERTO CASTELLANOS, #K-81133, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   12-1452-JES-JAG |
| ) | |
| RANDY PFISTER, JAMES BLACKARD, ) | |
| GLENDAL FRENCH, SUSAN PRENTICE, ) | |
| DONALD BOITNOTT, TERRANCE DURBIN, ) | |
| DAVID HALL, and PAUL GRIFFITH, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, RANDY PFISTER, JAMES BLACKARD, GLENDAL FRENCH, SUSAN PRENTICE, DONALD BOITNOTT, DAVID HALL and PAUL GRIFFITH, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby file their Answer and Affirmative Defenses, pursuant to the Court's Text Order of April 8, 2013, stating as follows:

**ALLEGATIONS ENUMERATED IN COURT ORDER
DATED APRIL 8, 2013:**

1.   The Court has reviewed the Plaintiff's Complaint pursuant to 28 U.S.C. §1915A and finds that the Plaintiff alleges an Eighth Amendment conditions of confinement claim against Defendants Pfister, Blackard, French, Prentice, Boitnott, Durbin, Hall, and Griffith in their individual capacities only.

**RESPONSE:**   Defendants deny violating Plaintiff's Eighth Amendment

1

**Rights, and further deny any constitutional violation whatsoever.**

2. The Court additionally finds that the Plaintiff alleges retaliation against Defendant Blackard in his individual capacity only.

**RESPONSE: Defendant Blackard denies retaliating against Plaintiff and further denies any constitutional violation whatsoever.**

## JURY DEMAND

Defendants demand a trial by jury in this matter.

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

    2.    To the extent that Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claims are barred by the Prisoner Litigation Reform Act (42 U.S.C. §1997).

    Respectfully submitted,

    RANDY PFISTER, JAMES BLACKARD, GLENDAL FRENCH, SUSAN PRENTICE, DONALD BOITNOTT, DAVID HALL, and PAUL GRIFFITH,

    Defendants,

    LISA MADIGAN, Attorney General, State of Illinois

Robert L. Fanning #6296345    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706    By:   s/ Robert L. Fanning
Phone: (217) 782-9056    ROBERT L. FANNING
Fax: (217) 524-5091    Assistant Attorney General
Of Counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, I electronically filed Defendants' Answer to Plaintiff's Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on June 10, 2013, I mailed by United States Postal Service, the document to the following non-registered participant:

>Roberto Castellanos, #K-81133
>Hill Correctional Center
>PO Box 1700
>Galesburg, IL   61401

>Respectfully submitted,
>
>By: \s\ Robert L. Fanning
>Robert L. Fanning #6296345
>Assistant Attorney General
>500 South Second Street
>Springfield, Illinois   62706
>Phone: (217) 782-9056
>Fax: (217) 524-5091
>rfanning@atg.state.il.us