E-FILED
Tuesday, 09 July, 2013 04:32:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERTO CASTELLANOS, #K-81133, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   12-1452-JES-JAG |
| ) | |
| RANDY PFISTER, JAMES BLACKARD, ) | |
| GLENDAL FRENCH, SUSAN PRENTICE, ) | |
| DONALD BOITNOTT, TERRANCE DURBIN, ) | |
| DAVID HALL, and PAUL GRIFFITH, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, TERRANCE DURBIN, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby files his Answer and Affirmative Defenses, pursuant to the Court's Text Order of April 8, 2013, stating as follows:

### ALLEGATIONS ENUMERATED IN COURT ORDER
### DATED APRIL 8, 2013:

1.   The Court has reviewed the Plaintiff's Complaint pursuant to 28 U.S.C. §1915A and finds that the Plaintiff alleges an Eighth Amendment conditions of confinement claim against Defendants Pfister, Blackard, French, Prentice, Boitnott, Durbin, Hall, and Griffith in their individual capacities only.

**RESPONSE:   Defendant denies violating Plaintiff's Eighth Amendment Rights, and further denies any constitutional violation whatsoever.**

2.   The Court additionally finds that the Plaintiff alleges retaliation against Defendant

1

Blackard in his individual capacity only.

**RESPONSE: This allegation does not apply to this Defendant; therefore, this Defendant neither answers nor responds hereto.**

### JURY DEMAND

Defendants demand a trial by jury in this matter.

### RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

### AFFIRMATIVE DEFENSES

1.  At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2.  To the extent that Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claims are barred by the Prisoner Litigation Reform Act (42 U.S.C. §1997).

Respectfully submitted,

TERRANCE DURBIN,

Defendant,

Robert L. Fanning, #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9056   Phone
(217) 524-5091   Fax
Email: rfanning@atg.state.il.us
Of Counsel.

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By:   \s\ Robert L. Fanning
        Robert L. Fanning
        Assistant Attorney General

2