UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ROBERTO A. CASTELLANOS, PRO-SE;
# K81133 , PLAINTIFF,

Vs.

CASE # 12-1452-JES-JAG

RANDY PFISTER, JAMES BLACKARD,
GLENDAL FRENCH, SUSAN PRENTICE,
DONALD BOITNOTT, PAUL GRIFFITH,
TERRANCE DURBIN and DAVID HALL,
DEFENDANTS.


FILED
AUG 23 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PLAINTIFFS RESPONSE TO MOTION INITIAL DOCUMENT MISSING PAGES re (24) MOTION FOR APPOINTMENT OF COUNSEL

Now comes the plaintiff Roberto A. Castellanos #K81133 pursuant to Federal Rule of Civil Procedure and hereby attaches a signed certificate by the prison accountant at Henry C. Hill Correctional Center and states as follows:

   1. Plaintiff cannot afford to hire a lawyer. He has requested to leave to proceed in forma pauperis in this case.

   2. Plaintiffs imprisonment will greatly limit his ability to litigate this case. This case is likely to involve substancial investigation, cross-examination, depositions and discovery.

   3. The issues in this case are complex. A lawyer would help plaintiff to apply the law properly in briefs and before this Court. Plaintiff has never before been a party to a Civil proceeding.

   4. Plaintiff asserts that the defendants and defendants counselor have refused to answer plaintiffs first set of interrogatories and first set of production of documents which were mailed out on July 9, 2013.

5. Plaintiff also asserts that the following individuals have denied him access prior to and thereafter this complaint was filed copies or discription of all documents electronically stored information and tangible things that the disclosing party has in its possession, custody or control and may use to support its claim or defenses due to plaintiff being an indigent person and is without the means to pay for such cost;

(A) Mr. Wayne Germain, Records Office Supervisor
Pontiac Correctional Center, 700 West Lincoln Rd, P.O. Box 99, Pontiac, Illinois. 61764

(B) Maintence Department Supervisor, Name Unknown
Pontiac Correctional Center, 700 West Lincoln Rd, P.O. Box 99 Pontiac, Illinois 61764

(C) Mrs. Terri Anderson, Administrative Review Board
1301 Concordia Court P.O. Box 19277
Springfield, Illinois 62794

(D) Mrs. Amy Eldert, Records Office Supervisor
600 Linwood Rd, P.O. Box 1700
Galesburg, Illinois 61401

WHEREFORE, the plaintiff respectfully prays that this most Honorable Court grants him appointment of counselor and any other relief that it seems fit and deem in this matter.

Respectfully submitted, this 20th day of August 2013

*Roberto A. Castellanos*
Roberto A. Castellanos #K81133
Henry C. Hill Correctional Center
600 Linwood Road, P.O. Box 1700
Galesburg, Illinois 61401

## CERTIFICATE OF SERVICE

To: Mr. Kenneth A. Wells,
   Clerk, U.S. District Court
   100 N.E. Monroe Street
   Peoria, Illinois. 61602

To: Mrs. Joanne L. Scher #6300778
   Assistant Attorney General
   500 South Second Street
   Springfield, Illinois. 62706

I, Roberto A. Castellanos #K81133, the undersigned hereby certifies and states under penalty of perjury that on August 20th, 2013, I mailed the foregoing proceedings to the Clerk of the United States District Court and to the Assistant Attorney General Office by placing them in an envelope and placed them in the United States Postal Service mailbox at Henry C. Hill Correctional Center, P.O. Box 1700 Galesburg, Illinois 61401.

Dated: August 20th, 2013

_Roberto A. Castellanos_
Roberto A. Castellanos #K81133, Pro-Se,
Henry C. Hill Correctional Center
P.O. Box 1700, 600 S. Linwood Road
Galesburg, Illinois 61401



**Stephen C. Myers**
scm@mdbok.com
**Sheryl H. Kuzma**
shk@mdbok.com

**Cara M. Luckey**
cara.luckey@mdbok.com

**John A. Berry**
(1912 - 1986)
**Andrew J. O'Conor**
(1919 - 1998)
**Richard J. Berry**
(1952 - 2009)

# MYERS, BERRY, O'CONOR & KUZMA, LTD.

ATTORNEYS AT LAW

130 East Madison Street
Ottawa, Illinois 61350
P: 815-434-6206
F: 815-434-6203

7 Northpoint Drive
Streator, Illinois 61364
P: 815-672-3116
F: 815-672-0738

Reply to:

August 19, 2013

Robert A. Castellanos
#K81133
Henry C. Hill Correctional Center
P.O. Box 1700
Galesburg, IL  61401

Dear Mr. Castellanos:

    I am in receipt of your recent letter. Neither I nor any member of our firm, Myers, Berry, O'Conor & Kuzma, Ltd., will represent you with respect to your claims against Pfister, et al. Please do not consider our decision to decline representing you with respect to these claims to be a statement of the merits of your claims.

    Please be aware that action on your claims needs to be taken within applicable statute of limitations. I strongly recommend that you consult with another attorney concerning your rights.

    I sincerely hope that you are able to resolve your claims in a favorable manner.

                      Sincerely,

                        MYERS, BERRY, O'CONOR & KUZMA, LTD.

                        By: _____
                             Sheryl H. Kuzma

SHK/jap

(Re: Castellanos v. Pfister, et al, No.12-1452-JES-JAG)
July 30, 2013

To whom it may concern;

My name is Roberto A. Castellanos. I have been an inmate of the Illinois Department of Correction for the past 13 1/2 years now and am due to be released on November 27, 2013.

On July 12, 2011 I decided to peacefully protest the mistreatment of the facility at Pontiac Correctional Center. On July 15, 2011 two out of three of my demands were met by the Assistant Warden (Mr. Marvin Reed). So I terminated my hunger strike and was transferred back to my housing unit, West Cell House (WCH). Upon entering the WCH on July 15, 2011 % Donald Bothott ordered % Terrance Durbin to place me into a cell (WCH-102) that was covered in feces and urine deposits from the top of all 4 walls to the floor, including the single metal bunk, toilet and sink areas most frequently used by inmates in there cells; that had the main water supply valve shut off completely depriving me of cleaning my hands and eating utensils prior to and after all 3 daily meals, washbowl, drinking water out of the faucets and the regular usage of the toilet; that had a set of see-through plastic shiel covers on the outer of the metal entry door blocking the only functional ventilation system and keeping any air supply from circulating in or out of this cell, especially and specifically during the high heat temperatures of 95° and exceeding 100° in addition humidity factor; that the flourescent light fixture had a burnt out light bulb which caused it to flicker on and off throughout all five institutional count's and institutional feedings, acting as a strobe light depriving me of adequate lighting for reading and writing, including sleep depriva-

tion, fatigue and debasement; that the defendants stripped me out of all my clothing and hygene items including but not limited to my legal books, mail and writing materials; that they had removed the mattress out of the cell depriving me off a place to rest, lay or sleep on through July 18, 2011 a total of 3 days, equivalent to 70 hours.

I have exhausted all of my remedies through the grievance system and appealed them all to the director as required by the Prison Litigation Reform Act and have already filed my 1983 civil complaint in the U.S. District Court, Central Distric of Illinois, Peoria Division. The judge granted my petition stating that there is enough cause to prove a First Amendment Violation and Eighth Amendment Violation for Retaliation and Conditions of Confinement.

Quite frankly I believe that I have a strong case and with a counselors guiding hand and knowledge we can prevent this kind of unforbidding punishment from happening to myself or every other state prisoner (male or female) again. Can you represent me on a contengency fee 30%-35%? If not, can you refer me to other lawyers who might be willing?

Thank you for considering my case. I look forward to hearing from you soon.

Respectfully Submitted,
~~Roberto A. Castellanos~~
Roberto A. Castellanos
#K81133 Henry C. Hill C.C.
P.O. Box 1700, 600 S. Linwood Rd,
Galesburg, Illinois. 61401

# CERTIFICATE

TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.

I hereby certify that the plaintiff or petitioner in this action has the sum of $-38.68 in his trust account at the Henry C. Hill Correctional Center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____

_____

_____

_____
(Authorized Officer)

Henry Hill Correctional Center
(Institution)

Account Technician I
(Title)

Date: August 15, 2013

IMPORTANT:
THIS CERTIFICATION MUST BE ACCOMPANIED BY A COPY OF A SIX (6) MONTHS LEDGER OF THE PLAINTIFFS TRUST FUND ACCOUNT.

Date: 8/15/2013  1:12-cv-01452-JES-JAG  #30  Page 8 of 17  Page 2
Time: 1:43pm
d_list_inmate_trans_statement_composite

Hill Correctional Center
Trust Fund
View Transactions

**Inmate:** K81133 Castellanos, Roberto A.    **Housing Unit:** HIL-R1-A -71

| | |
|---|---:|
| Total Inmate Funds: | 7.62 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 46.30 |
| Funds Available: | -38.68 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 8/15/2013
Time: 1:43pm
d_list_inmate_trans_statement_composite

1:12-cv-01452-JES-JAG  # 30   Page 9 of 17

Hill Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** K81133 Castellanos, Roberto A.    **Housing Unit:** HIL-R1-A -71

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 3.40 |
| 02/04/13 | Mail Room | 15 JPAY | 035200 | 23585751 | Poulos, Peter | | 200.00 | 203.40 |
| 02/06/13 | Payroll | 20 Payroll Adjustment | 037199 | | P/R month of 1 2013 | | 10.00 | 213.40 |
| 02/08/13 | Point of Sale | 60 Commissary | 0397113 | 576337 | Commissary | | -94.35 | 119.05 |
| 02/18/13 | Mail Room | 10 Western Union - Not Held | 049200 | 7368370176 | Butcher, Kesala | | 50.00 | 169.05 |
| 02/19/13 | Disbursements | 84 Library | 050399 | Chk #118809 | 12/19/2012, IDOC Ce, 12/19/2012 | Inv. Date: | -7.40 | 161.65 |
| 02/19/13 | Disbursements | 84 Library | 050399 | Chk #118809 | 01/28/13, IDOC Cent, 01/28/2013 | Inv. Date: | -.50 | 161.15 |
| 02/19/13 | Disbursements | 84 Library | 050399 | Chk #118809 | 02/11/13, IDOC Cent, 02/11/2013 | Inv. Date: | -.13 | 161.02 |
| 02/19/13 | Disbursements | 80 Postage | 050399 | Chk #118821 | 02/11/2013, DOC: 523, 02/11/2013 | Inv. Date: | -1.12 | 159.90 |
| 02/21/13 | Disbursements | 88 $10 rush order/$14 birth certificate fee | 052399 | Chk #118878 | 02/21/13, Florida Vi, 02/21/2013 | Inv. Date: | -24.00 | 135.90 |
| 02/22/13 | Point of Sale | 60 Commissary | 0537129 | 577940 | Commissary | | -39.53 | 96.37 |
| 03/04/13 | Mail Room | 15 JPAY | 063200 | 24183268 | Poulos, Peter | | 30.00 | 126.37 |
| 03/08/13 | Payroll | 20 Payroll Adjustment | 067153 | | P/R month of 2 2013 | | 9.52 | 135.89 |
| 03/11/13 | Point of Sale | 60 Commissary | 0707111 | 579254 | Commissary | | -41.87 | 94.02 |
| 03/20/13 | Disbursements | 84 Library | 079399 | Chk #119176 | 03/06/2013, IDOC Ce, 03/06/2013 | Inv. Date: | -.60 | 93.42 |
| 03/20/13 | Disbursements | 80 Postage | 079399 | Chk #119189 | 03/06/2013, DOC: 523, 03/06/2013 | Inv. Date: | -3.36 | 90.06 |
| 04/04/13 | Payroll | 20 Payroll Adjustment | 094153 | | P/R month of 3 2013 | | 10.00 | 100.06 |
| 04/08/13 | Point of Sale | 60 Commissary | 0987118 | 582127 | Commissary | | -76.24 | 23.82 |
| 04/22/13 | Point of Sale | 60 Commissary | 1127113 | 583760 | Commissary | | -18.92 | 4.90 |
| 05/08/13 | Payroll | 20 Payroll Adjustment | 128153 | | P/R month of 4 2013 | | 10.00 | 14.90 |
| 05/10/13 | Point of Sale | 60 Commissary | 1307118 | 585770 | Commissary | | -3.83 | 11.07 |
| 05/17/13 | Disbursements | 84 Library | 137399 | Chk #119899 | 04/22/13, IDOC Cent, 04/22/2013 | Inv. Date: | -2.96 | 8.11 |
| 05/17/13 | Disbursements | 84 Library | 137399 | Chk #119899 | 05/06/13, IDOC Cent, 05/06/2013 | Inv. Date: | -1.30 | 6.81 |
| 05/17/13 | Disbursements | 81 Legal Postage | 137399 | Chk #119912 | 04/17/2013, DOC: 523, 04/17/2013 | Inv. Date: | -1.52 | 5.29 |
| 05/17/13 | Disbursements | 82 Debts due to State (non-postage) | 137399 | Chk #119912 | 04/25/13, DOC: 523 F, 04/25/2013 | Inv. Date: | -5.00 | .29 |
| 05/21/13 | Mail Room | 01 MO/Checks (Not Held) | 1412128 | 20850687066 | Poulos, Pete | | 30.00 | 30.29 |
| 06/04/13 | Point of Sale | 60 Commissary | 1557118 | 588164 | Commissary | | -29.19 | 1.10 |
| 06/10/13 | Payroll | 20 Payroll Adjustment | 161153 | | P/R month of 5 2013 | | 10.00 | 11.10 |
| 06/17/13 | Point of Sale | 60 Commissary | 1687113 | 589570 | Commissary | | -9.79 | 1.31 |
| 06/17/13 | Disbursements | 84 Library | 168399 | Chk #120164 | 05/13/13, IDOC Cent, 05/13/2013 | Inv. Date: | -1.10 | .21 |
| 07/10/13 | Payroll | 20 Payroll Adjustment | 191153 | | P/R month of 6 2013 | | 9.66 | 9.87 |
| 07/11/13 | Point of Sale | 60 Commissary | 1927129 | 591992 | Commissary | | -1.51 | 8.36 |
| 07/17/13 | Disbursements | 84 Library | 1983131 | Chk #120509 | 07/01/13, IDOC Cent, 07/01/2013 | Inv. Date: | -3.40 | 4.96 |
| 07/17/13 | Disbursements | 81 Legal Postage | 1983131 | Chk #120523 | 06/21/2013, DOC: 523, 06/21/2013 | Inv. Date: | -2.52 | 2.44 |
| 07/17/13 | Disbursements | 81 Legal Postage | 1983131 | Chk #120523 | 07/11/2013, DOC: 523, 07/11/2013 | Inv. Date: | -1.12 | 1.32 |
| 07/17/13 | Disbursements | 81 Legal Postage | 1983131 | Chk #120523 | 07/11/2013, DOC: 523, 07/11/2013 | Inv. Date: | -1.32 | .00 |
| 08/09/13 | Payroll | 20 Payroll Adjustment | 221153 | | P/R month of 7 2013 | | 7.62 | 7.62 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ROBERTO A. CASTELLANOS, PRO-SE,    )
Plaintiff                           )
                                    )
-vs.-                               ) Case# 1:12-cv-01452JES-JAG
                                    )
Randy Pfister, in the case, et al,  )
Defendants                          )

. . . . . . . . . . . . . . . . . . . . . . . . .

**PLAINTIFF FIRST SET OF INTERROGATORIES TO THE DEFENDANTS**

Now comes, Roberto A. Castellanos, Pro-se, hereby the plaintiff with the first sets of interrogatories to the defendants
[                          ] pursuant to rule 26 and rule 33 of the Federal Rules of Civil procedures. You are hereby directed to answer them in writing, under oath and within 30 days of service of this request.

1) Describe your job duties, title and responsibilities:

2) Please identify and attach a copy of any and all documents showing how long you have been employed by the Illinois Department of Corrections (I.D.O.C.), including and specifically while at Pontiac Correctional Center and what housing units you were assigned to from January 1, 2011 to January 1, 2012:

3) Please identify and attach a copy of any and all documents relation to prison policies, rules, training and education, including but not limited to 20 Illinois Administrative Code, CH.1, Sec.504 in its entirely:

4) Please identify and attach a copy of any and all documents showing the names of your supervisors on your shift and co-workers whom worked in the West Cell House with you at this facility:

5) Please identify and attach a copy of any and all documents showing your disciplinary record including but not limited to any and all other civil complaints, grievances concerning abuse of authority, guard brutality, failure to follow direct orders from your supervisors and wrongful death suits from January1,2010 through July 10,2013.

6) Please identuify and attach a copy of any and all documents pertaining to the incident in the above entitled cause, including the names and titles of each defendant that wrote about the incident in any reports or witnesses:

7) Please identify and attach a copy of any and all documents with the names, addresses or otherwise identify and locate any person, who you or your attorneys have knowledge or claim to know any facts relevent to the conduct described in these interrogatories:

### CERTIFICATION

I,                ,certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:                                              /s/_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERTO A. CASTELLANOS, Pro-se, Plaintiff | ) ) ) |
| -vs.- | ) Case No.:1:12-cv-01452-JES-JAG ) |
| Randy Pfister, Warden P.C.C., in the name, et al, Defendants | ) Request for Production of ) Documents ) |

. . . . . . . . . . . . . . . . . . . . . . . .

   Please take notice that, pursuant to Federal Rules of Civil Proceedure, Plaintiff requests that the Defendants respond within 30 days by either allowing Plaintiff to inspect and copy or by providing plaintifdf with a copy of the folloing documents:

   1) Any and all policies that establish the duties and responsibilities of all defendants Correctional officers, Supervisory Officers and Maintence Department Officers:

   2) A copy of the log book containing the names and signatures of all employees who entered the west Cell House Segregation Unit of Pontiac Correctional Center between January 1,2011 through January 1,2012.

   3) Any and all written, investigative and special reports filed by defendants or their agents or employees, regarding the abuse of authority, c0-conspiracy to retaliate, guard brutality, failure to follow superiors order and the corporal punishment used on the plaintiff on July 15,2011 through November 20,2011, including but not limited to special reports, notes or documentation on file or in possession of [                         ].

   4) Copies of each defendants work related disciplinary records including any and all hearings and suspensions or transfer of work assignments that occured in the aftermath of the co-conspiracy to retaliate, abuse of athority or the unlawful use of Corpal Punishment against the plaintiff on July 15,2011 through December12,2011.

5) The names of all supervising officers assigned to the West Cell House Segregation Unit at Pontiac Correctional Center between January 1,2011 through January 1, 2012 and the specific area each was assigned.

6) The names of all Maintence Department Officers that entered the West Cell House and filled a work order, including and not limited to changing a lightbulb or performed any other job duties in cell WCH-102 between January 1,2011 through January 1,2012.

7) The names, numbers and present location of all inmates who were housed on 1-Gallery in the West Cell House Segregation Unit at Pontiac Correctional Center between July 12,2011 through December 12 2011.

8) The names of all the mental health officers that attended to treated the plaintiff between February 16,2011 through February 16,2012 and copies and reports filed by them.

9) Copies of all administrative remedy forms, complaints, letters or memos submitted by the plaintiff between February 16,2011 through February 18, 2012.

Dated:                                    /s/_____
                                          Defendant's Name

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ROBERTO A. CASTELLANOS; )
Pro-se Plaintiff )
)
-vs.- ) Case No. 1:12-cv-01452-JES-JAG
)
RANDY PFISTER;et al, )
Defendant's )

. . . . . . . . . . . . . . . . . . . .

### PROOF/CERTIFICATE OF SERVICE/NOTICE OF FILING

To: Clerk, U.S. District Court  　　　To: Robert L. Fanning#6296345
　　309 Federal Building　　　　　　　　　Assistant Attorney General
　　100 N.E. Monroe Street　　　　　　　　500 South second Street
　　Peoria, Illinois 61602　　　　　　　　Springfield, Illinois
　　　　　　　　　　　　　　　　　　　　　　　　　　62706

　　Please be advised that the Assistant Attorney General, Robert Fanning mentions to be all of the defendants counsel with the exception of one particular, defendant [Mr. Terrance Durbin], whom has not attempted to make contact through an attorney with the plaintiff in regards to the above entitled cause as of to date July 9, ,2013.

　　I, Roberto A. Castellanos, pro-se, states under penalty of perjury that on July 9 ,2013, I mailed plaintiffs first set of interrogatories and plaintiff's first request for production of ducuments to defendants counsel Robert L. Fanning, Assistant Attorney General, 500 South Second Street, Springfield,Illinois  62706 by placing them in an envelope and placed them in the legal mailbox at Henry C. Hill Correctional Center, P.O.BOX 1700, Galesburg,Illinois  61401.

Dated: July 9, 2013

*Roberto A. Castellanos*
Roberto A. Castellanos, Pro-se
Plaintiff: Henry Hill C.C.
600 S. Linwood Rd.
P.O.BOX 1700
Galesburg,Il.61401

To: Robert L. Fanning #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois. 62706
July 21, 2013

Re: Settlement Proposal
Not Admissible Under Federal Rule 408 offer of Comprimise

Dear Mr. Fanning:

Plaintiff, Roberto A. Castellanos #K81133 is writing you this letter to make an honest attempt to resolve this matter as quickly as possible.

(A.) Plaintiff seeks compensatory and punitive damages of $30. per hour for being placed in a cell WCH-102 that was covered in feces and urine deposits from the top of all four walls to the floor, including the single metal bunk, toilet and sink areas most frequently used by inmates in there cells from July 15, 2011 through July 18, 2011 a total of 3 days, equivalent to 70 hours $2,100.%

(B.) Plaintiff seeks compensatory and punitive damages of $30. per hour for being placed in a cell WCH-102 that had the water supply valve shut off denying him to clean his hands or eating utensils prior to and after all 3 daily meals, including not affording him drinking

(1 of 3)

water or the regular use of bathroom under the same conditions stated in paragraph A. from July 15, 2011 through July 18, 2011 a total of 3 days, equivalent to 70 hours $2,100.%

(C) Plaintiff seeks compensatory and punitive damages of $30. per hour for being placed in a cell WCH-102 without being furnished with any bedding, sheets or mattress to lay, rest or sleep on under the same conditions stated in paragraphs A and B from July 15, 2011 through July 18, 2011 a total of 3 days, equivalent to 70 hours $2,100.%

(D) Plaintiff seeks compensatory and punitive damages of $30. per hour for being placed in a cell WCH-102 that had a set of see through plastic shield covers on the outer metal entry door blocking the only functional ventilation system and keeping any and all air supply from circulating in or out of this cell specifically during the high heat temperatures of 95° and exceeding to 100° in addition to the humidity factor under the same conditions stated in paragraphs A, B and C from July 15 2011 through July 18, 2011 a total of 3 days equivalent to 70 hours $7,020.%

(E) Plaintiff seeks compensatory and punitive damages of $100. per day for the retaliation and use of unforbidden punishment by Major Blackard from July 15, 2011 through October 13, 2011 a total of 88 days equivalent to 2098 hours $8,800.%

(2 of 3)

(F) Plaintiff seeks compensatory and punitive damages of $30. per hour for being placed in a cell WCH-102 that had a burnt out light bulb causing the flourescent light fixture to flicker on and off through all five institutional counts and all three institutional feedings which deprived him of adequate lighting for reading and writing, including fatigue and sleep deprivation under the same conditions stated in paragraphs A, B, C, D and E. from July 15 2011 through August 13, 2011 a total of 30 days equivalent to 698 hours $20,940.°⁰⁰.

Please be advised; Plaintiff is willing and ready for defendants to make an acceptable and reasonable counter offer, including the possibility of a reduction of the mandatory requierment term of 10 years for all Registered sex Offenders to only 5 years in exchange for half of the $43,060 that plaintiff is seeking.

Respectfully submited, this 21 day of July 2013.
Roberto A. Castellanos
Roberto A. Castellanos
#K81133 Henry C. Hill C.C.
P.O. Box 1700, 600 S. Linwood Rd
Galesburg, Illinois 61401
(3 of 3)