Roberto A. Castellanos #K81133,
         Plaintiff,

Vs.                                    Case No. 12-1452-JES-JAG

Randy Pfister, James Blackard,
Glendal French, Susan Prentice,
Donald Boitnott, Terrance Durbin,
David Hall and Paul Griffith,
         Defendants.



PLAINTIFFS SUPPLIMENTAL RESPONSE TO DEFENDANTS MOTION
FOR SUMMARY JUDGEMENT ON THE ISSUE OF EXHAUSTION

Now comes the plaintiff Roberto A. Castellanos #K81133 with a Supplimental Response to Defendants Motion for Summary Judgement on the issue of Exhaustion and acknowledges that Defendants arguements reguarding Exhaustion of Administrative Remedies is precluded by the laws of the case and entails questions of disputed material facts.

   1. Defendants arguement that plaintiff failed to exhaust the Administrative Remedies is nearly "VERBATIM".

   2. Plaintiff was aware that before he could file a 42 U.S.C. 1997e(a) or any other law suit he had to properly exhaust his administrative remedies as required by the Prison Litigation Reform Act. Plaintiff filed 3 emergency grievances directed at the CAO but only 2 of the 3 emergency grievances were answered as he initial stated in his 1983 civil complaint.

   3. Defendants filed their Motion for Summary Judgement through Counsel on June 12, 2013 and introduced

exhibit #(A) plaintiffs first emergency grievance, one of the many relief requestted is that he wanted the local Sheriff of Livingston County to escort all of the defendants off the Pontiac Correctional Center grounds and formely charge them all with the use of Coporal Punishment.

4. If it pleases this most Honorable Court we should also review defendants exhibit(B) the sworn affidavit of the Administrative Review Board Chairperson Terri Anderson, in particular, lines six through eight. Not only does she acknowledges that plaintiff filed the one emergency grievance directed at the CAO but she also make notes of having received several other grievances from plaintiff within the time frame set forth in the 20 Ill. Adm. Code 504.805(d).

5. Plaintiff made reasonable efforts to have his other 2 emergency grievances addressed and he did not file this lawsuit until October 31, 2012 months after the CAO refused to respond or make a decission pertaining to those other 2 emergency grievances. In Goodman v. Carter, the Court will not read a 42 U.S.C. 1997e(a) so norrowly as to require an inmate to do more then is required of him by the Administrative Process or permit the I.D.O.C. to exploit the exhaustion requirement through indefinite delay in responding to grievances. The Court accordingly Deems Goodmans Administrative Remedies Exhausted, because the I.D.O.C officials did not response to his grievances within the time frame set forth in the 20 Ill. Administrative Code 504.805(d).

6. Plaintiff feels he has exhausted his grievances through the Pontiac C.C. internal system, because it is not his fault

that the CAO did not respond to the other 2 emergency grievances within the time frame set forth in the 20 Illinois Administrative Code sec. 504.805(d).

WHEREFORE, the plaintiff Roberto A. Castellanos #K81133 respectfully request this most Honorable Court to dismiss Defendants Motion for Summary Judgement and allow the plaintiff adequate time to conduct discovery in order to present essential material facts to prove that defendant [Terrance Durbin] was assigned to the West Cell House and is responsible for placing plaintiff into such inhumane condition of segregation confinement on July 15, 2013

Respectfully submitted on this 4th day of October, 2013

*Roberto A. Castellanos*

Roberto A. Castellanos #K81133
Henry C. Hill Correctional Center
P.O. Box 1700, 600 S. Linwood Road
Galesburg, Illinois      61401

# DECLARATION UNDER PENALTY OF PERJURY OF ROBERTO A. CASTELLANOS

I, Roberto A. Castellanos #K81133, being competent to make this declaration and having personal knowledge of the matters stated therein, declares under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. Roberto A. Castellanos #K81133 has never been a plaintiff in any civil proceedings until now, my level of education is that of a 6.2 and am having difficulties understanding the legal english translations, in particular, during plaintiffs Rule 26 initial disclosures. In which i opoligies for, "I'm sorry!"

2. Roberto A. Castellanos #K81133 states to have already attached all of the grievances, letters, memorandum notes petitions and the decissions rendered by the I.D.O.C. Officials during plaintiffs response to defendants motion for summary judgement and in plaintiffs motion to stay proceedings in opposition to defendants motion to stay discovery [28]

3. Roberto A. Castellanos #K81133 also states to have already submitted a prior declaration under the penalty of perjury describing defendant [TERRANCE DURBIN] as the Correctional Officer that placed him into the WCH-Cell 102 on July 15, 2011 while following orders from the cage operater Donald Boithott and performing his job duties and responsibilities at Pontiac Correctional Center.

Pursuant to 28 U.S.C. 1746: I Roberto A. Castellanos #K81133 declare under penalty of perjury that the foregoing is true and correct. Dated: October ___, 2013

/s/ Roberto A. Castellanos
Roberto A. Castellanos
#K81133           PRO SE

## CERTIFICATE OF SERVICE

I Roberto A. Castellanos #K81133 states under penalty of perjury that on October   , 2013, I mailed the foregoing plaintiffs supplimental response to defendants motion for summary judgement on the issue of exhaustion and certifies that he has served a copy of these proceedings upon:

Mr. Kenneth A. Wells, Clerk
of the U.S. District Court
100 N.E. Monroe Street
Peoria, Illinois 61602

Mrs. Joanne Scher #6300778
Assistant Attorney General
500 South Second Street
Springfield, Illinois. 62706

by placing the documents in a sealed envelope and placed them in the United States Postal Service Box at Henry C. Hill Correctional Center, 600 South Linwood Rd., Galesburg, Illinois. 61401

Dated: October 4, 2013

*Roberto A. Castellanos*
Roberto A. Castellanos
#K81133          Pro-se
Henry C. Hill Corr. Center
600 S. Linwood Road.
Galesburg, Illinois. 61401