E-FILED
Tuesday, 24 November, 2015  01:10:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERTO CASTELLANOS, #K-81133, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 12-1452-SLD |
| | ) |
| RANDY PFISTER, JAMES BLACKARD, GLENDAL FRENCH, SUSAN PRENTICE, DONALD BOITNOTT, TERRANCE DURBIN, DAVID HALL, and PAUL GRIFFITH, | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

NOW COME the Defendants, RANDY PFISTER, JAMES BLACKARD, GLENDAL FRENCH, SUSAN PRENTICE, DONALD BOITNOTT, TERRANCE DURBIN, DAVID HALL, and PAUL GRIFFITH, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and Defendants agree as follows:

1. Pursuant to the parties' settlement agreement, the parties stipulate that they have executed a settlement agreement and general release, and request that this case be dismissed with prejudice.

2. Each party shall bear their own costs, attorney's fees, and expenses.

WHEREFORE, for the above and foregoing reasons, the parties stipulate that this case should be dismissed with prejudice.

>Respectfully submitted,
>
>By: /s/ Robert Castellanos
>Roberto Castellanos, Plaintiff
>920 N. Washington Ave.
>Batavia, IL 60510
>
>By: /s/ Melissa A. Jennings
>Melissa A. Jennings, #6300629
>Attorney for Defendants
>Assistant Attorney General
>500 South Second Street
>Springfield, Illinois 62706
>(217) 782-5819 Phone
>(217) 782-8767 Fax
>Email: mjennings@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERTO CASTELLANOS, #K-81133, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.    12-1452-SLD |
| ) | |
| RANDY PFISTER, JAMES BLACKARD, ) | |
| GLENDAL FRENCH, SUSAN PRENTICE, ) | |
| DONALD BOITNOTT, TERRANCE DURBIN, ) | |
| DAVID HALL, and PAUL GRIFFITH, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I electronically filed the foregoing Joint Stipulation to Dismiss with Prejudice, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on <u>November 24</u>, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Roberto Castellanos
920 N. Washington Ave.
Batavia, IL 60510.

Respectfully Submitted,

 /s/ Melissa A. Jennings
Melissa A. Jennings, #6300629
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-5819 Phone
(217) 524-5091 Fax
E-Mail:  mjennings@atg.state.il.us

3